## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**JUAN ALBERTO MORALES CRUZ**<br>**aka JUAN A MORALES CRUZ, aka JUAN**<br>**MORALES, aka JUAN MORALES CRUZ, dba Mori**<br>**Corporation**<br><br>xxx–xx–0094<br><br>Debtor(s) | Case No. **15–03325 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 6/4/19 |

***ORDER***

The motion filed by Trustee for income tax returns (docket #40) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, June 4, 2019 .

*[signature]*

Mildred Caban Flores
United States Bankruptcy Judge